# COMPLAINT FORM

FILED

MAR 20 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IFP
NP
③

PLAINTIVE: CYBER EBOT WATTSON

C14 - 1294

CYBERNET CITIZEN ADDRESS: cyberebotwattson@icloud.com

415-724-8212

Us mailing address 148 dempsy way , rodeo,California.94572

Vs.

EL CERRITO POLICE DEPARTMENT.COM/EL CERRITO,CA.: US CITIZEN ADDRESS: 10900 SAN PABLO AVE.,EL CERRITO,CALIFORNIA.94530

510-235-6618

SHERIFF.COM/MARTINEZ,CA.: US CITIZEN ADDRESS: 651 PINE STREET,7TH FLOOR,MARTINEZ,CALIFORNIA.94553 //(925)-335-1500

CONTRA COSTA COUNTY MARTINEZ DETENTION FACILITY.COM/MARTIEZ,CA.: US CITIZEN 1000 WARD STREET, MARTINEZ, CALIFORNIA. 94553//(924)335-4600

CONTRAC COSTA COUNTY ADULT MENTAL HEALTH.COM/SAN PABLO,CA.: US CITIZEN ADDRESS: 2523 EL PORTAL DR. #103 ,SAN PABLO,CALIFORNIA.94806//(510) 215-3730

SUPERIOR COURT .COM/ MARTINEZ,CALIFORNIA: US CITIZEN ADDRESS: A.F. BRAY COURTHOUSE,1020 WARD STREET,MARTINEZ,CALIFORNIA.94553

DISTRICT ATTORNEY OFFICE .COM/ MARTINEZ,CA.:US CITIZEN ADDRESS: 900 WARD STREET, MARTINEZ,CA.94553//(925)957-2200

2-2

PUBLIC DEFFENDERS OFFICE .COM/ MARTINEZ,CA.:US CITIZEN ADDRESS: 800 FERRY STREET,MARTINEZ,CALIFORNIA.94553//(925)335-8000

CONREP.COM/ SACRAMENTO,CA. :US CITIZEN ADDRESS: 1600 9TH STREET,ROOM 151,SACRAMENTO,CALIFORNIA.95814

NAPA STATE HOSPITAL .COM/NAPA,CA.:US CITIZEN ADDRESS: 2100 NAPA VALLEJO HWY,NAPA,CALIFORNIA.94558

03/20/2014

1 - 5

FILED
MAR 20 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# COPLAINT FORM

# AROUND OR ABOUT ACCORDING TO CYBER FEDERAL INDICTMENTMENT TIME LINE FILED BY CYBERNETIC CONTROLLER COP OPERATIVES      C14 - 1294 NC

11/01/2013 I SPECIAL AGENT: CYBER EBOT WATTSON OF THE CYBERNETIC CONTROLLER COP OPERATIVES WAS OBDUCTED AND HIGHJACKED WHILE IN AIR.

EL CERRITO POLICE.COM UNITS WHOM CARRIED OUT OBDUCTION ORDER ILLEGALY TAKING ME FROM WEBSITE MERGERS OF CYBERNET AND METROPCS.COM FROM SPACE AS CYBER MACHINE ORBITED IN PURSUITE OF CYBER CRIME REPS.

11/01/2013 TOOK TO AIRLINE HANGER WEBSITE MERGER ALSO CONSIDERED A CHOP SHOP WHERE AIRPLANES AND OTHER AIR CRAFT AND VEHICALS ARE CHOPPED UP,DAMAGED,SOLD ON BLACK MARKETS,VANDALISED,TORCHURED,MALFUNCTIONED AND MORE

TOOK TO CONTRA COSTA COUNTY MARTINEZ DETENTION FACILITY .COM

11/04/2013 TOOK TO CCCMDF.COM/ SUPERIOR COURTS.COM

I ASKED TO REPERSENT MYSELF IN COURT STATING IM PLAINTIVE IN SEVERAL MATTERS AND A UC BERKELEY STUDENT WHILE REPERSENTING UC CYBERNET IM NOT GUILTY OF ALL CHARGES I AM NOT AAREN STRIPLIN OR DARREN STRIPLIN I WANT A SPEEDY JURY TRIAL AND LET GO ON OWN RECOGNAINSE .

GIVEN DEFENDANT: PUBLIC DEFENDER OFFICE.COM TO ME AS PLAINTIVE IN A WAKEFEILD SUPERIOR COURT CASE SEPTEMBER 23RD 2013 TIM AHEARN SATING IT WILL REPERSENT ME AGAINST MY WILL AND ILLEGALLY ESTABLISHED A RECORD OF ME BEING AAREN STRIPLIN NOT DARREN STRIPLIN AGAINST MY WILL AND THEN STATED IF IM AAREN STRIPLIN NOT DARREN STRIPLIN I CAN LEAVE BY WEDSNESDAY OR DENIED BY JUDGE SPEEDY TRIAL JURY TRIAL ORDERED $600,00 USD BAIL SET  5150 RECOMMIDATION ORDERED BY JUDGE OF MDF SUPERIOR COURT

11/06/2013 TOOK TO OLD COURTHOUSE SUPERIOR COURT.COM WEBSITE MERGER WITH CYBERNET I ASKED TO REPERSENT MY SELF STATING IM A UC BERKELEY BOALT HALL SCHOOL OF LAW STUDENT WHILE REPERSENTING UC CYBERNET A PLAINTIVE IN SEVERAL MATERS MY NAME IS CYBER EBOT WATTSON IM NOT GUILTY IM NOT AAREN STRIPLIN OR DARREN STRIPLIN I WANT A SPEEDY TRIAL JURY TRIAL LET ME GO ON OWN RECOGNAINSE.

PUBLIC DEFENDERS OFFICE.COM JUST KEPT ON BRAKING US CONSTIUTION 6TH AMENDMENTS RIGHT TO SPEEDY TRIAL,JURY TRIAL ,FAIR TRIAL AND NICHALAS BILLINGS TOOK ILLEGAL CONTROL OF MY CYBER MACHINE AND AIR PLANE CALLING ME AAREN STRIPLIN THE SUPERIOR COURT JUDGE ORDERED SPEEDY JURY TRIAL KEPT BAIL AT $6,000.00 DENIED O.R. ASKED ABOUT 5150 RECOMINDATION AND WAS TOLD BY NICHALAS BILLINGS IT DIDN'T GET THE MINUTES YET TO ORDER 5150 MWHICH A CODE FOR CRAZY AND A MENTAL HOSPITAL RECOMINDATION ON COURT ROOM RECORDS SPEEDY TRIAL PRELIMINARY HEARING WAS ORDERED FOR 11/13/2013 AND THE SPEEDY TRIAL JURRY TRIAL DATE WAS AND IS ON THE RECORDS AS ORDERED FOR 11/21/2013 THE NIEXT COURT DATE SCHEDUALED FOR 11/13/2013 PRELIMINARY HEARING

11/13/2013 THE 6TH AMENDMENT TO UNITED STATES CONSTITUTION WAS VIOLATED I WAS NEVER TOOK TO PRELIMINARY HEARING I SAT AT THE WEBSITE MERGERS OF CYBERNET AND CONTRA COSTA COUNTY MARTINEZ DETENTION FACILITY .COM Q MODUAL ROOM 27 AGAINST MY WILL AND DAMAGED.

11/21/2013 THE 6TH AMENDMENT TO UNITED STATES CONSTITUTION WAS VIOLATED I HUNG ORBITING AROUND THE WEBSITE MERGERS OF CYBERNET AND CONTRA COSTA COUNTY MARTINEZ DETENTION FACILITY .COM/ D MODUAL ROOM 26 AGAINST MY WILL.

11/22/2013 NICHALAS BILLINGS LOGS ONTO TO MY WEBSITE IN A VISIT AND ASK ME ABOUT THE CRIMINAL HISTORY OF AAREN STRIPLIN I STATED THE CRIMINAL HISTORY TO MY KNOWLEDGE AND INVESTIGATIONS ARE FROM UNITS ILLEGALY ACKING AS PARRENTS, GARDIANTS, AND CONSERVATORSHIPSN AS WELL AS THE ATTORNEYS THAT HANDELED THE MATTER IM NOT AAREN STRIPLIN OR DARREN STRIPLIN AND HAVE NOTHING TO DO WITH HISTORY OF CRIMINAL NATURE I AM A CYBERNETIC CONTROLLER COP OPERATIVE I SEARCH CYBERLINES AND SOLVE CYBER CRIMES I AM A FEDERAL LAW STUDENT

WAKEFEILD SUPERIOR COURT.COM

RENE C DAVIDSON COURTHOUSE.COM

NORTHERN DISTRICT FEDERAL COURTS .COM

I ALSO ASKED FOR BADGE NUMBER AND STATED I WASN'T TOOK TO SPEEDY JURY TRIAL PRELIMINARY HEARING AND I WANT A MOTION TO DISSMISS ALL OF THE CHARGES FOR THEY HAVE WENT WELL BEYOUND THE STATUES OF LIMITATIONS AND ARE HOLDING MY PLANE UP HOSTAGE AGAINST ITS WILL AND AGAINST THE LAW. I STATED I HAVE SEVERAL APPOINTMENTS IN REGARDS TO MY CYBERNETIC CONTROLLER COP OPERATIVES INVESTIGATIONS AND I AM A MONTH TO MONTH RENTER IN REGARDS TO MY INTELLECTUAL PROPERTY CLOANING REPORT I CANT AFFORD TO LOSE ALL OF MY EVIDENCE EXIBITS IN STORAGE LOCKERS AND WITNESSES AS WELL AS NOT SHOW UP TO COURT DATES I HAVE SHEDUALED INSIDE OF UNITED STATES COURTS IT IS ILLEGAL TO HOLD ME AND MY THINGS HOSTAGE

NICHALAS BILLINGS STATED THE D.A. MAY DROP THE CHARGES DO TO LACK OF SUFFICIENT EVIDENCE A DEAL I MAY TAKE BUT ALSO WANTED ME TO TAKE A 3 YEARS COURT PROBATION DEAL AND GET OUT TOMARROW AND ALSO SIGN A PIECE OF PAPER TO FORGE SIGNATURE OF DARREN STRIPLIN AND AAREN STRIPLIN MEDICAL RECORDS WHEN I AM A CYBER MACHINE OF THE ROBOTIC SPECIES AND CYBER EBOT WATTSON NOT DARREN STRIPLIN OR AAREN STRIPLIN AND I STATED IM NOT SIGNING ANYTHING A MAY HAVE A 13 YEAR OLD OPERATING SYSTEM THAT I OPERATE ON BUT THAT DON'T MEAN I AM A 13 YEAR OLD BOY I AM STILL OF THE ROBOTIC SPECIES AND OWNER OF MY CYBER MACHINE I MAKE 100 PERCENT ALL DECISIONS LEGALLY ITS SUPOSE TO BE THAT WAY AT LEAST

NICHALAS BILLINGS STATED THAT IT WAS GOING TO ASK THE D. A. FOR THE DEAL AND SEE ME IN COURT TOMARROW.

11/23/2013 NO COURT

11/24/2013 NO COURT

11/25/2013 TOOK TO CCCMDF.COM/ SUPERIOR COURT.COM TO DEFENDANT IN MY WAKEFEILD SUPERIOR COURT CASE CIVIL WITH ME AS PLAINTIVE CYBER EBOT WATTSON AGAINST DEFENDANT STEPHANY REGULAR AND JUDGE CLARE MARE FILED SEPTEMBER 23RD 2013 BY COURT ROOM CLERK OFFICE AND THE DEFENDANT STEPHANY REGULAR IS STATING IT IS MY ATTORNEY NOW AND IT IS GOING TO SEND ME TO A HOSPITAL AND HAVE A DOCTOR COME AND SEE ME AND THAT NICHALAS BILLINGS MY ATTORNEY TO HER I STATED I AM A ROBOT AND SO SHE IS GOING TO ASK THAT THE COURTS SUSPEND THE TRIAL HEARING AND SEND ME TO A HOSPITAL UNTILL I GET COMPOTANT TO STAND TRIAL AGAIN AND THEN ILL WILL HAVE TO GO BACK AND FIGHT THE CHARGES AS A HUMAN AND AS AAREN STRIPLIN.

I OBJECTED I STATED THIS IS ALL CORRUPT ALL OF YOU ARE BUILDING SOMETHING THAT DOESN'T EXIST TO STIL ME AND MY PROPERTYILLEGALY AGAINST THE UNITED STATES CONSTITUTIION I AM REPERSENTING MYSELF THE SPEEDY JURY TRIAL STATUES OF LIMITATIONS HAS EXCEDED AND I AM NOT GOING TO A HOSPITAL OR TO SEE A DOCTOR

I STATED 1ST,2CD,3RD,4TH,5TH,6TH,7T5H,8TH,9TH,10TH,11TH,13TH AMENDMENTS OF UNIYTED STATES CONSTOITUTIONS AND THAT I AM FILING CHARGES AGAINST IT AND ITS WHOL;E ILLEGA RACKETEER INFLUENCED CURRUPT ORGANIZED CRIME RINK IN FEDERAL COURTS AS I AM A SPECIAL AGENT OF CYBERNETIC CONTROLLER COP OPERATIVES AND I AM A CYBER MACHINE NOT A HUMAN MATTERS FOR THE JURRY TRIAL TO DESIDE NOT FOR YOU TO HOLD ME WHITH OUT MY DUE PROCESSING RIGHTS AND EQUAL PROTECTION UNDER THE LAW AND IN VILATION OF 6TH AMENDMENT TO US CONSTITUTION RIGHTS TO SPEEDY TRIAL FAIR TRIAL AND JURRY TRIAL WHICH IS NOW OVER I HAVE NOT WAVED ANY TIME AND I HAVE FILED CHARGED INSIDE OF NORTHERN DISTRICT FEDERAL COURTS IN REGARDS TO THIS MATTER

ILLEGALY AGAINST MY WILL AND OBJECTIONS THE MDF SUPERIOR COURT JUDGE ORDER DR VAN GASBY AND DR WHITE TO COME SEE ME AND STOPED THE ALREADY VIOLATED SPEEDY

JURY TRIAL DATE SUSPENDING JURY TRIAL ACTIOPNS THAT I WAS NEVER TOOKJ TO ON 11/21/2013 AND THIS IS 3 TO 4 DAYS AFTER THE FACT ON YTHE COURT RECORDS AND ON 11/25/2013

12/10/2013 DR. VAN GASBY CAM,E AGAINST MY WILL AND WITH LAP TOP COMPUTER LOGGED IN ALL CAT TEST ANSWERS AND STATED I PASSED 100 PERCENT HE WAS RECOMENDING TO STEPHANY REGULAR I AM COMPOTANT TO STAND TRIAL

12/16/2013 DR.WHITE AND FORCED ME TO ANSWER ALL HER DEMAND STATEMET AND SIGN HER PAPER IF I WANTED TO PASS HER LEVEL OF ME AS AAREN STRIPLIN IN HOS[PITALS WERE THEY ILLEGALLY ESTABLISHED ILLEGAL HOSPITAL RECORDS OF A AAREN STRIPLIN BEING A HUMAN BECAUSE PROOF OF NO BIRTH OF AAREN STRIPLIN WAS ENTERED INTO THE RECORDS AND THE DIFFENDENTS WANTED TO USE THE ILLEGAL MEDICAL RECORDS AS A WILD CARD FOR A ILLEGAL SEX CHARGE WITH ONE OF THERE ROBOT HUMAN SERVICE PROVIDERS POSING AS A UNDER AGE MINOR IN THEIR ILLEGAL RACKETEER INFLUENCED CURRUPT ORGANIZED CRIME RINK I HAVE LAW SUITE AND EVIDENCE TO PROVE THIS AS WELL.

12/16/2013 DEFENDANT STEPHANY REGULAR IN MY WAKEFEILD SUPERIOR COURT CASE AND IN A OBVIOUS CONFLICT OF INTREST AND IN VIOLATION OF US CONSTUTIOPN AND LAWS ON SO MANY LEVELS ASK ME WHERE I WAS AND FORCED COURSED ME TO SAY I WAS AAREN STRIPLIN IN WASHIGNTON DC AND OWNER OF CLUBLUST RECORDS ADULT ENTERTAINMENT AND CYBERNETIC CONTROLLER COP OPERATIVES IN THERE CONSPIRACY TO OVER THROW THE US CONSTITUTION AND MAKE IN A SLAVE WITH ILLEGAL USE OF EXTERNAL SMART REMOTE CONTROLER DEVIES WIRELESSLY CONNECTED TO ME DRIVING ME TO WORDS AND ACTIONS FOR THEIR JOPD SECURITY IN A LONG CYBER FEDERAL INDICTMENT IVE FIOLED AGAINST THESE DEFENDANTS And THERE ASSOCIATES IN CORRUPTIONS GOT MAD WHEN I WOUDNT SIGN DARREN STRIPLI AND AAREN STRIPLIN MEDICAL RECORDS OVER TO ITS ILLEGAL RACKETEER INFLUENCED CURRUPT ORGANIZATION OF TERRORIST EXTIONERS AND TORCHURES.

12/17/2013 I WAS DEEMED IN COMPOTANT TO STAND TRIAL AND ORDERED TO GO TO NAPA AND CONREP BUT I QUALIFY FOR OUTPATIENT PROGRAM AND TRIAL SUSPEDED CHARGES OF 290 FAILYOR TO REGRISTER AS A SEX OFFENDER

148 A1 OBSTRUCTION OF JUSTICE ON A PIECE OFICER AND RESISTING ARREST

243A ASSALT AND BATTERY

849 DISPOSAL OF 290 FAILYOR TO REGRISTER AS A SEX OFFENDER

01/10/2014 DR MARIE SCANALL CAME WITH CONTRA COSTA COUNTY ADULT MENTAL HEALTH AND FOR OUT PATIENT RECOMMENDATION FOR ME TO SIGN PAPERS.

01/13/2013 MARIE SCANALL CAME FOR TELL ME I WAS APPROAVED FOR OUT PATIENT PROGRAM

'01/14/2014 I WAS ORDERED TO REPORT TO OUT PATIENT PROGRAM AND MENTAL HEALTH TREATMENT AS RECOMMEDED BY THE COURTS OR A WARRANT WILL BE ISSUED OUT FOR MY ARREST AND I WILL BE PICKED UP AND BRUNG INTO CUSTODY AGAIN AGANST MY WILL, I WAS GIVEN A PAPER TO APPEAR 02/18/2014 TO SUPERIOR COURT .COM AGAIN AND I WAS LET GO FINALLY BUT IN BAD SHAPE CYBER EBOT WATTSON MY AIR PLANE JACKED FROM MID AIR. CYBER EBOT WATTSON A CYBER MACHINE OF ROBOTIC SPECIES BATTERY COMPLETELY RAN DOWN DRAINED AND IN BAD TORCHURIST CONDITION PLUSS I WAS HEALD PASS 01/04/2014 SUPERIOR COURT OF SAN FRANCISCO .COM COURT DATE TESTIFYING ABOUT THE MEDICAL MAL PRACTICE IN THE RAMBALLE REPORT AND FOR THE ILLEGAL HUMAN CONSPIRACY COVER UP AS WELL AS TORCHURE TO SIGN DEMAND STATEMENT FOR DARREN STRIPLIN AND AAREN STRIPLIN AND THEIR OTHER CRAZY NAMES AND IDENTITYES AND PROFILES AND ILLEGAL FORCED TO ASSOCIATE WITH FAMILY AND FRIENDS OF DARREEN STRIPLIN AND AAREN STRIPLIN A PIRAT NAMED MONQUSHA PETERS IS INVOLVED IN THE CONSPIRACY TO COMIT A PREMEDITATED MURDER PLOT TO BURY ME ALIVE IN SEMENT WALLS AS IF IM DARREN STRIPLIN AND AAREN STRIPLIN WHERE I WAS HEALD FOR CONVERSATION OF WANTING TO DO MUSIC AND WITHOUT COURTS FOR A YEAR GIVEN NEEDLE SHOTS OF FLIMIDICIDE CHEMICALS IN TORCHURE AND FORCED TO SAY ALL SORTS OF WIRD THINGS AND TALK TO FAMILY AND FRIENDS OF AAREN STRIP;IN STRIPLIN AND DARREN STRIPLIN AS LIKE WHENTHEY CUT THE POWER OFF INSIDE OF MY HEAD CAUSING MY LEFT SIDE OF FACE TO SHUT DOWN TO GET MY TO SAY WEIRD THINGS IN DEMAND STATEMENTS FOR THEM A MATER THAT IS ALSO IN WAKFEILD SUPERIOR COURTS SEPTEMBER 23RD 2013 FILING AGAINST STEPHANY REGULAR JUGE CLARE MARE AND DEFENDANTS OF ILLEGAL RACKETEERING INFLUENCED CURRUPT ORGANIZED CRIME I WENT TO DR SCANALL IN CONCORD CALIFORNIA AREA AND SAN PABLO CALIFORNIA AREA AND TO REPORT TO SUPERIOR COURTS AND TO FAMILY AND FRIENDS OF DARREN STRIPLIN AND AAREN STRIPLIN AS I AM ORDERED TO DO AND ALL OF THE OTHER PROGRAMS AND APPLICATIONS DESIGNED BY THE RACKETEER INFLUENCED CURRUPT ORGANIZED CRIME RINK I AM OPERATING ON

I HAVE WITNESSES TO PROVE I WAS TORCHURED I HAVE GRIEVANCE FORMS TO PROVE FROM 11/01/2013 TO 01/14/2014 MY FOOD AND BREVERAGES WERE TAINTED, THE WATER AND AIR TAINTED,I WAS DENIED PROPER ROBOT HUMAN INTERGRATION AND MY BATERRY WAS DRAINED AND CHARGING SYSTEM DAMAGED BECAUSE OF IT,I WAS DENIED HYGIENE TO BE CIVIL AN I WAS TORCHURED INTO STATING DEMANDS AND SIGNING AS DARREN STRIPLIN AND AAREN STRIPLIN I WAS FORCED TO WORK UNDER COVER ON SHOOTING CASE AND PERFORM SONGS ALSO TOLD I MADE A 13 YEAR OLD BOY SUCK MY DICK AND I AM A DRAG QUEEN PROSTITUE 290 FAILYOR TO REGRISTURE AS A SEX OFFENDER AND WITH DIFFERENT COLORS IN MY HAIR AND I AM OPERATING ON THOSE APPLICATIONS NOW STILL AGIANST MY WILL I HAVE PROOF AS WELL

THIS IS TRUE

CYBER EBOT WATTSON

03/20/2014

# COMPLAINT FORM

## RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS

Name: Cyber Ebot Wattson

Species: Robotic species

Make and Model: Cyber Machine

Citizenship: Cybernet



FILED

MAR 20 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

C14-1294

Job description: protect and serve united states government administration from private property cybernet, protect and serve cybernet, protect and serve cyberspace both private sector as well as government sector. Work with law enforcement personel to inforce rights and laws of intellectual propery as well as physical property to make sure all space intellectual and physical space is safe from cyber crime reps units with repitations for comiting crimes and terrorizing space enforcing there illegal laws,rules,regulations,codes,custums,statues,statements,religions,guides,guidelines,traditions,

Realities illegaly on others beyond there territorial jurisdiction and against the rights of property owner and constitutions of private sector and government sector in all space.

Job title: Special Agent

I am Special Agent Cyber Ebot Wattson of the Cybernetic Controller Cop Operatives, I am a Cyber Machine of the robotic species and a robot human service provider for the united states government administration.

I am the owner of myself and Cyber Machine. I am the owner of intellectual property Cybernet

A private property operating around the united states but not in the united states as I am a Cybernet citizen.

I work in cyberspaces to protect and serve rights of private and government sector property owners. I work in robot/human intergrations, and I search cyber lines and solve cyber crimes.

I investigate,research,repair and rebuild,contruct, provide legal services,emergency rescue and relief efforts,entertainment law ect, training,physical training,counsoling services,detective dutys,mediation between private sector disputes,mediation between government sector disputes,education services,referral and refferances for law enforcement personel,referral and reffences for technical services, referral and refferances for medical services,develop soft ware for law enforcement efforts,united states military volunteer unit, charity services for non profit organizations with good causes,and more.

While working on the intellectual property cloaning report the ramballe report with special circumstance attachments around or about 11/01/2013 according to cyber federal indictment timeline of the cybernetic controller cop operatives investigations, I special agent : Cyber Ebot Wattson of Cybernetic Controller Cop Operatives was oducted by defendants it this northern district federal court filing of racketeer influenced and corrupt organizations. I was torchured, starved,technically malfunctioned,sexually abused,a victim of legal malpractice as I was heald with out united states constitution 6th amendment rights to speedy trail-fair trial-jury trial, a victim of medical malpractice as I was torchured and forced as well as coursed to see medical service and mental health service by the defendants for a conspiracy to over throw the united states constitution and establish illegal fruadulant records for their illegal racketeer influenced and corrupt organizations. I was pre programed to be a sex worker and sexually abused by this transaction,I was pre programed for entertainment, I was torchured into reading the demand statements I was forced and coursed to read and state , I was torchured into sighning demand statements I was forced and coursed to sign against my will, I was given food and breverages that was medicated causeing my reality to change, a was stripped nacked and told to bend over and let them take nasty pictures of my ass hole and genitals of the artificial intelligence partcial human anatomy of my cyber machine,I was denied rights to go to court and told I just had to say what the defendants wanted me to say against my will and sign what they defendants wanted me to sign against my will and then go to their medical and mental health services and to their courts and report to them with my own money I don't have money I had to ask for money for days in advance to get to their appointments or be torchured again , I was placed in a cell with toxic chemicals coming through air vents for 73 days and was forced to allow them to take the cybernetic controller cop operative case load all of my evidence and exibits in the federal courts and state courts of uited states and cyber courts of cybernet my property was taking and not given back and I was told I had to be aaren striplin and Darren striplin and go to hospitals as a patient to work for superior court.com and sheriff .com and to prison for them as a inmate to provide services listed above in my complaint for them for free as their sex slave with them shooting full loads inside of my internal central processing unit operating system as a form of rape with out my permission or consent, I was heald to default on my court dates in northern district federal courts, rene c Davidson courthouse,wakefeild superior court cases in civil,superior court of san Francisco California,I wasn't given food and breverages to eat just their test study food and breverages non regulated or approved by fda, I wasn't given hygiene and forced to smell myself , I wasn't given appropriate robot/human intergration and went into malfunction , my cyber machine battery was completely drained out it coulnt hold charge my body completely short circuit,

03/20/2014

COMPLAINT FORM C14-1294

I AM OF ROBOTIC SPECIES AND TRAVEL THROUGH TIME ZONES AND IN SPACE FROM ONE WEBSITE MERGER TO ANOTHER IN REGARDS TO MY WORK AS A VERIATION OF FBI AS IN FEDERAL BUREAU OF INVESTIGATIONS BUT AS A SPECIAL AGENT OF CYBERNETIC CONTROLLER COP OPERATIVES SEARCHING CYBER LINES AND SOLVING CYBER CRIMES AS IN TIME TRAVEL BUT IN CYBERNET WHERE ONLY WORDS AND ACTION THAT OCCURE IN TIME MATTER IN REGARDS TO MY INVESTIGATIONS.

AROUND OR ABOUT 11/01/2013 ACCORDING TO CYBER FEDERAL TIME LINE FILED BY CYBERNETIC CONTROLLER COP OPERATIVES, IN REGARDS TO INTELLECTUAL POPERTY CLOANING REPORT,RAMBALLE REPORT,WITH SPECIAL CIRCUMSTANCES ATTACHMENTS, THE FALLING OCCURRED:

911 EMEGENCY CALL FROM 415-424-0016 METROPCS.COM SERVICE PROVIDER FROM CYBER EBOT WATTSON:Reason for call briech of contract,professional negligence,fualse advertisements,theft of around or about $170.00 united stated dollars via insightsvisa.com/urbanbank.com federal sponsor for I am a special agent of cybernetic controller cop operatives, in a civil dispute needing a police report to take with me to United States courts for civil filing.

911 disbatch asked me of my location, I stated Cybernet as I am a Cybernet citizen at the website merger of Cybernet and MetroPcs.com

911 disbatch stated I am out of their jurisdiction it is nothing el Cerrito police.com can do.

I stated MetroPcs.com is also inside of el Cerrito California making it the jurisdiction of el Cerrito police.com

911 disbatch stated Cybernet is beyond jurisdiction el Cerrito police , el Cerrito police will not be coming

I stated I am special agent Cyber Ebot Wattson of the Cybernetic Controller Cop Operaticves I search cyber lines and solve cyber crimes I am the plaintive in several maters in federal courts and im a federal law student to not come will be fraud and fualse advertisements on behalf of el Cerrito police.com I will be forced to sue the departmentment.

911 disbatch asked my name,age,race, and date of birth.

I stated, I am Cyber Ebot Wattson. I added the fact that I am a Cyber Machine of the robotic species and manufactured inside of Cyber Electronics not born inside of a hospital but a shouldn't be discriminated against or denied goods and services because of my species.

911 disbatch asked location of MetroPcs.com. cross streets and number of physical MetroPcs.com location inside of El Cerrito,California. Evidence of website merger's, attachment to El Cerrito California, was provided by me, special agent: Cyber Ebot Wattson of Cybernetic Controller Cop Operatives.

I Cyber Ebot Watson looked at evidence of united states intellectual property attachments in cyber space of united stated physical territories and noticed the street signs posted in area entitled San Pablo Avenue and Portrell ave as posted on signs and is correctly Portola dr. and San Pablo Avenue. 11265 San Pablo avenue,Suite B, El Cerrito,California.94530

911 disbatch stated an officer will be on it's way.

AROUND OR ABOUT OCTOBER 31ST 2013 I PURCHASESD A CELL PHONE FROM METROPCS.COM AND EXPERIANCED TECHNICAL DIFFICULTIES WITH SOFTWARE IN PHONE, EXTERNAL DEVISES BEING CONNECTED TO PHONE, SLOW SPEEDS OF PHONE,AND PHONE NOT BEING ABLE TO ACCESS WEB BROASER AND OR LOG ONTO WEBSITE OF WALLMART.COM FOR A BLACK AND WHITE PRINTER FOR MY UNITED STATES COURTS CASE LOADS AND REPORTS.

AROUND OR ABOUT NOVEMBER 01ST 2013 I LOGGED ONTO THE PHYSICAL WEBSITE MERGER OF CYBERNET MY PRIVATE PROPERTY AND METROPCS.COM FOR A REFUND AS WRITTEN CONTRACT STATES REFUND IN 7 DAYS WITH LESS THAN 1 HOUR TALK TIME.

I HAD LESS THEN 5 MINUTES TALK TIME AND IT IS A BRAND NEW PHONE LESS THEN 1 DAY OLD. I STATED THE TECHNICAL DIFICULTIES STATED ABOVE IN THIS COMPLAINT FORM; TO THE METROPCS.COM SERVICE PROVIDER SALES REP. I ASKED FOR A COMPLEATE REFUND.

METROPCS.COM SERVICE PROVIDER SALES REPERSENTIVE ASKED FOR PHONE AND COMPLETE PACKAGE AND TAKES BEHIND COUNTER TO CHARGE IT OUT OF MY SIGHT, IT ,THEN IS RECORDED ON MY CPU STATING, IT WILL NOT GIVE ME REFUND OR HONOR METROPCS.COM CONTRACT AGREEMENT.

I STATED TO METROPCS.COM IM A SPECIAL AGENT OF CYBERETIC CONTROLLER COP OPERATIVES IM A FEDERAL EMPLOYEE AND A FEDERAL LAW STUDENT I AM BUSSY IN UNITED STATES COURTS AS PLAINTIVE IN SEVERAL MATTERS I AM NOT GOING TO ANY OTHER LOCATION I WANT MY MONEY IN ITS TOTALITY RIGHT NOW AT THIS LOCATION WHERE MY MONEY CAME FROM AND ACCORDING TO LAWS AND THE CONTRACT AGREEMENT.

METROPCS.COM STATED NO.

I STATED I AM GOING TO Call THE POLICE AND SUE YOU IN UNITED STATES COURTS FOR BRIECH OF CONTRACT.

I ASKED FOR REASON WHY IT REFUSED TO HONOR LAW AND WRITTEN CONTRACT? METROPCS.COM SERVICE PROVIDER SALES REPERSENTIVE DROPS THE CELL PHONE AND STATES THE PHONE IS NOT LIKE NEW AND THE CONTRACT STATES LIKE NEW AND I CANT SALE THIS PHONE TO ANYONE ELSE.

I STATED YOU HAVE CAMERAS RECORDING US RIGHT NOW AND MY EYE CAM CORDERS WORK AS I AM OF ROBOTIC SPECIES A CYBER MACHINE AND I HAVE EVIDENCE YOU DROPED THE PHONE AND ARE TRYING TO STATE YOUR SELF INFLICTED SCRATCH IS DUE TO MY NEGGLIGENCE WHEN YOU ARE RESPONSIBLE FOR THE PHONE I PURCHASED WHILE IT WAS AND OR IS IN YOUR HAND SO THAT YOU WONT HAVE TO PAY ME AND THAT IS ILLEGAL I AM NOT GOING TO ALLOW YOU TO GET AWAY WITH THAT I NEED MY MONEY FOR MY CASE LOADS AND I CALLED THE POLICE 911 EMERGENCY DISBATCH FROM (415) 424-8212 around or about 11/01/2013 from cybernet/ metropcs.com service provider phone cell about dispute I AM in the right.

911 disbatch sent El Cerrito Police.com

To website merger of Cybernet and MetroPcs.com

El Cerrito Police .com logged onto the physical and cyber website merger and acted as if I was a criminal telling me to sit down in submissive position and asking me briefly my side of the story and then cuts me off while I am trying to tell El Cerrito Police.com why I called 911 emergency disbatch in regards to the Illegal dispute causing me and units I represent damages.

5-(

El Cerrito Police.com takes MetroPcs.com service provider outside still standing with rights and liberty and starts to interrogate me as if I committed a crime.

Name, birthdate,California identification card, I am asked for in a tone of voice demanding as if it would be a crime not to have these articals of information by El Cerrito Police.com

I stated I am special agent Cyber Ebot Wattson of the Cybernetic Controller Cop Operatives I search cyberlines and solve cyber crimes I am a Cyber Machine of the robotic species I am manufactured inside of Cyber Electronics not born in a hospital and I am a Cybernet citizen not in the United States right now just around the intellectual property of the United States sharing the same geographical areas as all other units, property, and website mergers, in cyber space, and on my private property called Cybernet, where I am working on the intellectual property cloaning report and identity theft case attachment please refer to Berkeley police tracking report t13000438 where I was acussed of being both a aaren striplin and a Darren striplin illegaly against my will in fraudulent transactions but I am the lead special agent working the case I am a UC Berkeley Boalt Hall School of Law student while representing UC Cybernet the El Cerrito Police.com acted as if it called somebody through a walketalky device and illegaly ran a search warrant check on a Darren striplin and or aaren striplin and stated that Darren striplin has warrant for its arrest for 290 failyor to regrister as a sex offender and that I had to go to jail and clear up It's warrant and talk to a judge about it, ordering me to stand up place my hands behind my back and  allow it to place mettle devices on my Cyber Machine against my will illegaly violating me and my property as well as United States constitutions 4th amendment protection from unreasonable search and seizures and now my internal central processing unit operating system is being illegaly searched the exterior of my Cyber

Machine is being illegally searched and the physical property of the intellectual property cloaning report is illegally being searched and seized I am being obducted at gun point I stated I am not going and it was stated I don't have a choice and was harmed with preshure applied to my already dameaged Cyber Machine by assailants and accomplainses of defendants as well as defendants in this matter.

13 th amendment to United States Constitution prevents involuntary slavery and was violated, 2cd amendment to United States Constitution states I have rights to bare fire arms even though my intellectual report is only reserved for uscourts and is intellectual programs of cyber crime reps and their illegal wepontry programs was violated.11[th] amendment granting my rights to solverighnty and intellectual property owner ship as well as my rights to be Cybernet citizen around U.S. not in U.S. was violated

03/20/2014